# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARLON HORACE WATSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-4574

[July 1, 2015]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Matthew I. Destry, Judge; L.T. Case No. 09-020305 CF10C.

Marlon Horace Watson, Mayo, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Mark J. Hamel, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

We accept the State's concession and reverse the order denying appellant's rule 3.800(a) motion to correct illegal sentence and remand for further proceedings. The trial court denied the motion without explanation. The State concedes that the habitual violent felony offender designation on the written sentence is in error and that new sentencing orders must be issued.

*Reversed and remanded.*

MAY, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***